# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LOPEZ,<br><br>        Petitioner,<br><br>    vs.<br><br>GREG LEWIS, Warden,<br><br>        Respondent. | Case No. CV 14-1664-PSG (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections have been filed. The Court accepts the Magistrate Judge's findings and recommendations in the R&R and the May 18, 2015 order lifting the stay.

IT THEREFORE IS ORDERED that the Petition is dismissed and that Judgment be entered dismissing this action without prejudice.

DATED: 10/20/2015

                                         PHILIP S. GUTIERREZ
                                         U.S. DISTRICT JUDGE