# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LOPEZ, | Case No. CV 14-1664-PSG (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| GREG LEWIS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 10/20/2015

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE